UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| RAYMOND LOVE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV423-015 |
| ) | |
| JOB NORTH AMERICA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

The Court previously screened *pro se* plaintiff Raymond Love's employment discrimination Complaint and directed him to amend it. *See* doc. 7; *see also* 28 U.S.C. § 1915(e)(2)(B). The Court noted that the original Complaint did not contain sufficient factual allegations to state a claim upon which relief could be granted. *See id.* at 2-5. Love has complied with the Court's direction to submit an Amended Complaint. *See* doc. 8. However, the Amended Complaint includes *no* factual allegations at all. *See id.* at 4-5. The entire lack of factual allegations is clearly insufficient to state a claim. *Cf. Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) ("A claim has facial plausibility when the plaintiff pleads factual content that allows the court to draw the reasonable inference

1

that the defendant is liable for the misconduct alleged."). Love's Amended Complaint is, therefore, subject to dismissal. *See, e.g.,* 28 U.S.C. § 1915(e)(2)(B)(ii).

Despite the Amended Complaint's failure to state a claim, the Court will afford Love **one final** opportunity to amend his pleading. *See Jenkins v. Walker*, 620 F. App'x 709, 711 (11th Cir. 2015). Accordingly, Love is **DIRECTED** to file a Second Amended Complaint no later than March 31, 2023. The Clerk is **DIRECTED** to include a copy of Form Pro Se 7 (Complaint for Employment Discrimination) for Love's convenience. Love is advised that failure to submit his amended pleading timely may result in dismissal of his case for failing to obey a court order or failure to prosecute. *See* Fed. R. Civ. P. 41(b).

**SO ORDERED,** this 23rd day of February, 2023.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA