IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

```
RAYMOND LOVE,                        )
                                     )
     Plaintiff,                      )
                                     )
v.                                   )    CASE NO. CV423-015
                                     )
JCB NORTH AMERICA, also known        )
as Job North America, and            )
JOSEPH DUMOULIN,                     )
                                     )
     Defendants.                     )
                                     )
```

**O R D E R**

Before the Court is the Magistrate Judge's March 24, 2023, Report and Recommendation (Doc. 11), to which no objections have been filed. After a careful review of the record,[1] the report and recommendation (Doc. 11) is **ADOPTED** as the Court's opinion in this case. Plaintiff's Second Amended Complaint is **DISMISSED**. (Doc. 10.) The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 27th day of April 2023.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Court reviews de novo a magistrate judge's findings to which a party objects, and the Court reviews for clear error the portions of a report and recommendation to which a party does not object. 28 U.S.C. § 636(b)(1); see Merchant v. Nationwide Recovery Serv., Inc., 440 F. Supp. 3d 1369, 1371 (N.D. Ga. 2020) (outlining the standard of review for report and recommendations (citing Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (per curiam)).