AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

RAYMOND LOVE,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV423-015

JCB NORTH AMERICA a/k/a Job North America, and
JOSEPH DUMOULIN,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated April 27, 2023, the Magistrate Judge's Report and Recommendation is adopted as the Court's opinion. Therefore, Plaintiff's Second Amended Complaint is dismissed, and this case stands closed.



April 27, 2023
Date

John E. Triplett, Clerk of Court
Clerk

*Candy Ashbell* (signature)
(By) Deputy Clerk

GAS Rev 10/2020